STATE OF NEW JERSEY v. JAMES BAINES.

October 12, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. OSCAR JAMES WASHINGTON.

October 12, 1982.

Petition for certification denied.

M–L–R ASSOCIATES v. CORPORATE PROPERTY INVESTORS.

October 12, 1982.

Petition for certification denied.

IN THE MATTER OF THE PETITIONS OF CAESARS
BOARDWALK REGENCY AND RESORTS
INTERNATIONAL HOTEL INC.

October 12, 1982.

Petitions for certification denied.